**FOX ROTHSCHILD LLP**
By: Jonathan D. Ash, Esq. (Bar I.D. 022332007)
By: Ian C. Gillen. Esq. (Bar I.D. 338392020)
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
(609) 896-3600
*Attorneys for Defendant Tabula Rasa HealthCare Group, Inc.*

| | |
|---|---|
| AIMEE MORAN,<br><br>   Plaintiff,<br><br>vs.<br><br>TABULA RASA HEALTHCARE GROUP, INC.<br><br>   Defendant. | Case No.: _____ |

### DEFENDANT TABULA RASA HEALTHCARE GROUP INC.'S DISCLOSURE OF CORPORATE INTERESTS STATEMENT

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tabula Rasa HealthCare Group, Inc. ("Defendant") hereby submits the following corporate disclosure statement:

  1. Defendant has no publicly traded companies or subsidiaries, and there are no publicly traded corporations that own 10% or more of Defendant.

                Respectfully submitted,

Dated: February 28, 2025    By: _____
                Jonathan D. Ash, Esq.

167918820.2

## CERTIFICATE OF SERVICE

I certify that on February 28, 2025, true and correct copies of the foregoing were served upon all counsel of record via electronic filing and email.

Date: February 28, 2025

Jonathan D. Ash