**FOX ROTHSCHILD LLP**
By: Jonathan D. Ash, Esq. (Bar I.D. 022332007)
By: Ian C. Gillen. Esq. (Bar I.D. 338392020)
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
(609) 896-3600
*Attorneys for Defendant Tabula Rasa HealthCare Group, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AIMEE MORAN,<br><br>                Plaintiff,<br><br>vs.<br><br>TABULA RASA HEALTHCARE GROUP, INC.<br><br>                Defendant. | Case No.: 1:25-cv-01571-RMB-AMD<br><br>**APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY** |

Application is hereby made for a Clerk's Order pursuant to Local Rule of Civil Procedure 6.1(b) of the United States District Court for the District of New Jersey extending the time within which Defendant Tabula Rasa HealthCare Group, Inc. (the "Defendant") may answer, move, or otherwise reply to the Complaint filed by Aimee Moran (the "Plaintiff") herein by 14 days, through and including March 21 2025, and it is represented that:

1. No previous extension has been obtained;

2. Plaintiff filed her Complaint on January 29, 2025, in the Superior Court of New Jersey, Law Division, Burlington County (the "State Court"), Docket No. BUR-L-000230-25.

3. Defendant removed the action to the United States District Court of the District of New Jersey on February 28, 2025.

167871847.1

4. The time within which Defendant may answer, move, or otherwise reply to the Complaint pursuant to Fed. R. Civ. P. 81(c)(2)(C) currently expires on March 7, 2025.

          **FOX ROTHSCHILD LLP**
          *Attorneys for Defendant Tabula Rasa HealthCare Group, Inc.*

Dated: March 4, 2025          */s/ Jonathan D. Ash*
          Jonathan D. Ash, Esq.

## **ORDER**

The above application is ORDERED GRANTED. The time within which Defendant Tabula Rasa HealthCare Group, Inc. shall answer, move, or otherwise reply to Plaintiff Aimee Moran's Complaint is extended by 14 days, through and March 21, 2025.

ORDER DATED:_____

WILLIAM T. WALSH, CLERK

By: _____
    Deputy Clerk

167871847.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AIMEE MORAN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TABULA RASA HEALTHCARE GROUP, INC.<br><br>　　　　　　Defendant. | Case No.: 1:25-cv-01571-RMB-AMD |

**CERTIFICATE OF SERVICE**

　　The undersigned does hereby certify that service of the foregoing Application to Extend Time was made on this day, via electronic notice upon the following:

Franklin J. Rooks, Esq.
Morgan Rooks, P.C.
525 Route 73 North, Suite 104
Marlton, New Jersey 08053
*Attorneys for Plaintiff*

Dated: March 4, 2025　　　　　　　By: */s/ Jonathan D. Ash*
　　　　　　　　　　　　　　　　　　　Jonathan D. Ash, Esq.
　　　　　　　　　　　　　　　　　　　**FOX ROTHSCHILD LLP**
　　　　　　　　　　　　　　　　　　　212 Carnegie Center, Suite 400
　　　　　　　　　　　　　　　　　　　Princeton, New Jersey 08540
　　　　　　　　　　　　　　　　　　　(609) 896-3600
　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Tabula Rasa*
　　　　　　　　　　　　　　　　　　　*HealthCare Group, Inc.*